FILED

JAN 20 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR LEONEL PICART,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>Defendants | NO. C-15-03607 RMW<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

This matter came on regularly for a case management conference on January 15, 2015. Plaintiff failed to appear. It also appears from the docket that defendants have noticed a motion to dismiss for hearing on January 29, 2015 at 9:00 a.m. in the above entitled court. To date, plaintiff has not filed an opposition to the motion to dismiss or done anything to diligently prosecute the case. Therefore,

IT IS HEREBY ORDERED that plaintiff appear on January 29, 2015 at 9:00 a.m. in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to file a case management conference statement, appear at the case management conference or otherwise diligently prosecute the case. IF PLAINTIFF FAILS TO APPEAR ON JANUARY 29, 2015 AT 9:00 A.M. AND SHOW GOOD REASON FOR HIS FAILURE TO APPEAR OR

DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: 1/20/16

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge