UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALDO MEDRANO AYALA,

    Plaintiff,

    v.

JOHN GRANT, et al.,

    Defendants.

Case No.  15-cv-03037-RMW

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 2/3/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronaldo Medrano Ayala ID: E10000
1 Main Street
San Quentin
San Quentin, CA 94974

Dated: 2/3/2016

Susan Y. Soong
Clerk, United States District Court

By: *Adriana M. Kratzmann*
Adriana Kratzmann, Deputy Clerk to the
Honorable RONALD M. WHYTE