UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR LEONEL PICART,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,<br><br>    Defendants. | Case No.  15-cv-03607-RMW<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 18, 31 |

Plaintiff filed this case on August 6, 2015. Dkt. No. 1. Defendants filed a motion to dismiss on October 27, 2015. Dkt. No. 18. Plaintiff did not file a written opposition to the motion to dismiss. Plaintiff did not appear at the initial case management conference on January 15, 2016. Dkt. No. 30. On January 20, 2016, the court ordered plaintiff to show cause why the case should not be dismissed for failure to prosecute. Dkt. No. 31. Plaintiff did not file a written response to the order to show cause. Defendants' motion to dismiss and the order to show cause were set for hearing on January 29, 2016. Dkt. Nos. Plaintiff did not appear. The court dismisses the case for failure to diligently prosecute. Defendants' motion to dismiss is also granted as unopposed.

**IT IS SO ORDERED.**

Dated: February 5, 2016

_____
Ronald M. Whyte
United States District Judge

15-cv-03607-RMW
ORDER DISMISSING CASE

1